# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

127887

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BLAINE C. KING,
           Plaintiff,

v

SC: 127887
COA: 247451
Kent CC: 01-012556-CK

WESTFIELD INSURANCE COMPANY,
           Defendant-Appellant.

and

GENERAL CASUALTY INSURANCE
COMPANY,
           Defendant-Appellee.
_____/

       On order of the Court, the application for leave to appeal the November 4, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

p0919